UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 2:24-cr-075-CR |
| DAKOTA MCALLISTER | ) ) ) | |
| DEFENDANT | ) ) | |

**DEFENDANT'S RENEWED UNOPPOSED MOTION TO REVIEW/VACATE ORDER OF DETENTION AND TO SET CONDITIONS OF RELEASE**

NOW COMES the Defendant, Dakota McAllister, by and through his attorney, Chandler W. Matson, Esq. and hereby moves this Honorable Court, pursuant to 18 U.S.C. §3145(b), to review/vacate the December 2, 2024 Order of Detention issued by Chief District Court Judge Christina Reiss. (Doc. 45). Pursuant to L.R. 7(a)(6), the defense requests oral argument/hearing on this motion.

As reasons therefore, the defense states as follows:

1) On June 28, 2024, Dakota first appeared before this Court to answer a criminal complaint charging him with drug distribution offenses. (Doc. 9). He was thereafter order detained (Doc. 14).

2) On September 29, 2024, the defense filed an unopposed motion to review/vacate the order of detention and to set conditions of release (Doc. 26), which was granted by this Court after hearing on October 17, 2024. (Doc. 34). Dakota was then released to the Valley Vista treatment program.

3) While Dakota completed Valley Vista, unfortunately, he relapsed while in the community and he was subsequently arrested on November 27, 2024. Following a detention hearing on December 2, 2024, Dakota was ordered detained. (Doc. 45).

4) Since his detention, Dakota has been working with Dennis Furushima, a substance abuse counselor with St. Joseph's Addiction Treatment & Recovery Centers, which sponsors a program at the Essex County Jail. Mr. Furushima has been providing substance abuse counseling and treatment services to Dakota while he has been incarcerated, and Dakota has remained active and engaged within the program.

5) Coordinating with Mr. Furushima, the defense has secured Dakota's acceptance to the Champlain Valley Family Center's Recovery Campus (CVFC-RC), which provides a robust 3-4 month residential treatment program. Located in Schuyler Falls, New York, just outside of Plattsburgh, the program will provide not only a long-term in-patient treatment program, but it will work with Dakota to secure sober living in New York thereafter, providing a much needed break from Dakota's unfortunate ties in the northern Vermont community. The program has indicated that Dakota has a bed available in mid-November of 2025.

6) Following his completion of the CVFC-RC program, Mr. Furushima has proposed that Dakota be referred to Twin Oaks, a halfway house in Plattsburgh, New York, which would allow Dakota the opportunity to find employment if he chooses to reside in that area.

7) Dakota's charges stem from a period of intense addiction. Since his detention, Dakota has demonstrated a renewed commitment to his recovery and has actively participated in the St. Joseph's treatment program at the Essex County Jail.

8) The defense proposes that Dakota be released to attend the CVFC-RC program. Following his completion of that program, Dakota would transition to the Twin Oaks halfway house in Plattsburgh, New York (or its equivalent).

9) The defense has conferred with counsel for the Government, Attorney Andrew Gilman, and Attorney Gilman supports the release plan herein.

10) The defense has also conferred with U.S. Probation Officer Mary Seller. Officer Seller also supports this release plan.

11) As standard practice, the defense requests that the following specific conditions be imposed by the Court if Dakota is released:

    a. Dakota must execute irrevocable authorizations for CVFC-RC to communicate and release treatment information to U.S. Probation and defense counsel; and,

    b. Dakota must participate and comply with all recommendations of the treatment providers at CVFC-RC.

12) Pursuant to LR 7(6), counsel hereby requests oral argument/hearing as to this motion.

WHEREFORE, for the reasons stated above, the Defendant respectfully requests that the Court review and vacate the Order of Detention, and set conditions of release, as outlined herein, so that he may participate in the CVFC-RC treatment program and continue his recovery.

Dated at Stowe Vermont this 5th day of November 2025.

                                      Dakota McAllister,
                                      By his attorney,
                                      /s/ Chandler W. Matson
                                      Chandler W. Matson
                                      125 Mountain Road
                                      Stowe, Vermont 05672
                                      Email: chandler@barrlaw.com
                                      Ph. (802) 253.6272

## CERTIFICATE OF SERVICE

This is to certify that on the 5th. day of November 2025, I, Chandler W. Matson, counsel for Dakota McAllister, served a copy of a Defendant's Motion to Review and Vacate Detention Order and Set Conditions of Release on the attorney of record for the Government, AUSA Andrew Gilman, on behalf of the Defendant by delivering a copy of same via ECF Electronic Filing.

DATED AT Stowe, Vermont this 5th day of November 2025.

/s/ Chandler W. Matson
Chandler W. Matson
125 Mountain Road
Stowe, Vermont 05672
chandler@barrlaw.com
(802) 253.6272
Counsel for Dakota McAllister